# EXHIBIT 6

Offender Information:

Last Name: Carter
First Name: Leander
ID#: B09162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-30-11 | Cont MDSC | |
| | groin mass left | |
| | groin smooth surfaced | |
| | non-tender, no redness, | |
| | st. movable. | |
| | (L) small reducible | |
| | hernia. | |
| | A. Lipoma (L) gr. | |
| | (L) reducible hernia | |
| | | noted 11/30/11 1:55p |