# EXHIBIT 10

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Shawnee Correctional/Hardin County Work Camp Center

**Non-Specific Discomfort**

Offender Information:
Last Name: Carter
First Name: Leander
ID#: B09163

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/29/19 0930 | S) - Any Allergies: NKDA<br>- Location of pain / discomfort: Hernia<br>- Describe pain: Stabbing, **Throbbing**, **Constant**, Intermittent, Etc.<br>- Have you had this pain before and how was it treated: Yes - No tx<br>- Rate pain level scale of 1-10: 9/10<br>- Duration of pain: 4 yrs<br>O) T 96.5  P 58  R 14  BP __  WT 196  98%<br>- Signs of obvious discomfort: Grimacing c̄ palpation<br>- Observations related to body part affected: Hernia descending into ® groin recently moved into ® thigh approx. 7 inches. I/M S/R he is unable move it back in and the pain and discomfort are increasing<br>A) Non-Specific Discomfort: Difficulty c̄ bowel and bladder | **P) MD Referral** — Difficulty c̄ bowel and bladder / worsening<br>- Patient presents more than twice at NSC for c/o same discomfort within one month<br>- Patient presents with signs of acute, severe discomfort<br>- Patient has abnormal vital signs<br>No MD referral<br>- **Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)**<br>- **Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs)**<br>Patient Teaching<br>- Return to see provider if symptoms worsen or interfere with daily functioning<br>Nurse Signature: [signature]<br>Payment voucher  **YES**  NO |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

(77700-034)01335