# EXHIBIT 11

Offender Information:
Last Name: Carter
First Name: Leander
ID#: B09102

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7·31·19 9am | MD SICK CALL T___ P___ R___ B/P___ WT___ exacerbation of ing. hernia | -Reschedule r/t level 1 lockdown K. ___ RN |
| 8/5/19 9:55am | MD SICK CALL T 92.2° P 69 R 17 B/P___ WT 180 Exacerbation of hernia S. (L) inguinal hernia, reducible for >10 yrs. Requiring stool softener. He has been evaluated numerous times over the years. O. (L) groin - small easily reducible mass. Below the groin on antero-lateral side of (L) | P. Advised - very hard c signs/symptoms of complicated hernia. Colace 100mg 1 BID x 1 mo F/u prn ---next pkg |

**Offender Information:**
Last Name: Carter
First Name: Leander
ID#: 130916?

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-5-19 | Cont mass | |
| | thigh - 8x6x4 cm | |
| | soft fixed mass, | |
| | non-tender. | |
| | goal - done in presence | |
| | of nurse gs. | |
| | A - ① small reducible | |
| | hernia. | |
| | ② anter-lat. [illegible] | |
| | [illegible] thigh lipoma | |
| | | Noted 8/5/19 |
| | | [signature] PN |